632

■ SHARON PEREZ, Respondent, v. MANUEL PEREZ, Appellant.— Order, Supreme Court, New York County, entered on May 1, 1974, which awarded plaintiff the sum of $8,700 for counsel fees for services rendered by her attorneys on an appeal to the Appellate Division, a motion to reargue therein, and upon a motion for leave to appeal to the Court of Appeals, unanimously modified, on the law and the facts, to the extent of reducing the allowance of counsel fees to the sum of $3,000, which amount shall include services rendered in the instant appeal, and as so modified the order is affirmed, without costs and without disbursements. Upon the present record, considering all the facts and circumstance the award of counsel fees was excessive and should be reduced to the extent indicated herein. Concur — Markewich, J. P., Kupferman, Lupiano, Steuer and Capozzoli, JJ.

■ In the Matter of ROSE GARSHOFSKY, for the Appointment of a Conservator of the Property of SARAH LEVINE, Respondent. JOSEPH KRUG, Appellant; SAMUEL M. GOLD, as Conservator, et al., Respondents.— Order, Supreme Court, New York County, entered September 5, 1973, inter alia, appointing a conservator of the property of Sarah Levine, unanimously modified, on the law and in the exercise of discretion, to the extent of reducing the fee awarded to petitioner's counsel and the guardian ad litem to $3,500 and $2,000, respectively, and otherwise affirmed, without costs and without disbursements. The order of said court, entered January 11, 1974, denying appellant's motion for a rehearing, is unanimously affirmed, without costs and without disbursements. The record before us does not substantiate the granting of allowances (which are also deemed to include all services rendered on this appeal) in excess of the amounts above set forth. Concur — Nunez, J. P., Murphy, Steuer, Tilzer and Capozzoli, JJ.